## PAGE *v.* UNITED STATES.

No. 155, Misc. Decided March 23, 1959.

Petitioner *pro se.*

*Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for certiorari are granted. Upon consideration of the entire record and in view of the suggestions of the Solicitor General in his memorandum, the judgment of the United States Court of Appeals for the Eighth Circuit is vacated and the case is remanded to that court for further consideration, including reconsideration of petitioner's right to appeal *in forma pauperis* from his 1954 conviction on the basis of a transcript of the record at the trial.